■ In the Matter of Jack Lorenzo Kellogg, for Reinstatement as an Attorney.—Application for reinstatement as an attorney and counselor-at-law in the State of New York denied. Concur—Murphy, P. J., Kupferman, Asch, Smith and Rubin, JJ.